# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**June 28, 2012**

| | | |
|---|---|---|
| CAAP–11–00 00442 | Williams v. State | Affirmed |

**June 29, 2012**

| | | |
|---|---|---|
| CAAP–11–00 00072 | State v. Lovell | Affirmed |

**October 19, 2012**

| | | |
|---|---|---|
| CAAP–11–00 00726 | Homecomings Financial, LLC v. Shumard | Affirmed |
| CAAP–10–00 00078 | State v. Dionise | Vacated and Remanded |

**October 25, 2012**

| | | |
|---|---|---|
| CAAP–11–00 01034 | Alvarez v. Kyo-Ya, Inc. | Affirmed |

**October 30, 2012**

| | | |
|---|---|---|
| CAAP–11–00 00488 | County of Hawai'i v. Lui | Affirmed |

**November 15, 2012**

| | | |
|---|---|---|
| CAAP–11–00 00458 | State v. Farren | Affirmed |
| CAAP–11–00 00585 | State v. Ungounga | Affirmed |